UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ERLIN HOWES,

    Plaintiff,

v.                                         Case No. 3:13cv443/LC/CJK

DEPARTMENT OF CORRECTIONS,
et al.,

    Defendants.
_____/

ORDER

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated May 30, 2014 (doc. 35).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

    Having considered the Report and Recommendation, I have determined that it should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Plaintiff's Motion to Dismiss Without Prejudice (doc. 33) is GRANTED.

    3.    This case is DISMISSED WITHOUT PREJUDICE under Fed. R. Civ. P. 41(a)(1)(A)(i).

4.  The clerk is hereby directed to close the file.

**ORDERED** on this 2nd day of July, 2014.

                                                           *s/ L.A. Collier*
                                                        Lacey A. Collier
                                               Senior United States District Judge